■ ANTONIO CALUCCI v. IGNATIUS N. W. OLNINCK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be

argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.